466 A.2d 1028

**MUNICIPAL AUTHORITY OF BOROUGH OF LEMOYNE, Appellant**

v.

**REISINGER BROTHERS, INC., United States Fidelity and Guaranty Company, Frank L. Black, Jr., Inc., and Steve Black Plumbing and Electrical Contracting, Inc.**

v.

**FRANK L. BLACK, JR., INC., and Aetna Casualty and Surety Company.**

Supreme Court of Pennsylvania.

Argued Oct. 18, 1983.

Decided Oct. 31, 1983.

John C. Sullivan, J. Stephen Feinour, Harrisburg, for appellant.

George F. Douglas, Jr., Carlisle, for Reisinger Bros.

F. Murray Bryan, Harrisburg, for Black, Jr., Inc.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.